**Shahbuddin Noor ALI, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

**No. 05–60389**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 20, 2006.

Sarfraz Aftab Sharif, Sharif & Associates, Houston, TX, for Petitioner.

Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, pro se.

Thomas Ward Hussey, Director, U.S. Department of Justice, Office of Immigration Litigation, John Clifford Cunningham, U.S. Department of Justice, Civil Division, Immigration Litigation, Karen Y. Phillips–Savoy, U.S. Department of Justice, Washington, DC, Caryl G. Thompson, U.S. Immigration & Naturalization Service, District Directors Office, New Orleans, LA, Sharon A. Hudson, U.S. Citizenship & Immigration Services, Houston, TX, for Respondent.

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: *

Shahbuddin Noor Ali, a native and citizen of Pakistan, petitions this court for review of the Board of Immigration Appeals' (BIA) decision affirming the Immi-

gration Judge's (IJ) denial of his applications for withholding of removal and relief under the Convention Against Torture (CAT). Ali contends that the BIA erred in affirming the IJ's denial of withholding of removal and relief under the CAT because he established that he suffered past persecution and torture and it was more likely than not that he would be persecuted and tortured if he returned to Pakistan.

After careful review of the record and the briefs, this court concludes that the BIA's determination that Ali is not eligible for withholding of removal or relief under the CAT is supported by substantial evidence, and the record does not compel a contrary conclusion. *See Efe v. Ashcroft,* 293 F.3d 899, 903, 906–07 (5th Cir.2002). Therefore, Ali's petition for review is DENIED.

Denise B. Williams, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Sherylynn Ann Kime–Goodwin, Bonita L. Gunden, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.